# In the United States Court of Federal Claims

No. 15-445L
(Filed: September 15, 2017)

* * * * * * * * * * * * * * * * * * *

BOTTOM LINE, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

* * * * * * * * * * * * * * * * * * *

### ORDER

Pursuant to the representations made in the joint status report of September 7, 2017, the following schedule is set:

1. Defendant shall file its Answer to the Amended Complaint on or before November 9, 2017.

2. The parties shall exchange initial disclosures, consistent with RCFC 26(a)(1)(C), on or before December 13, 2017.

3. The parties shall file the Joint Preliminary Status Report on or before December 20, 2017.

                                          s/ Eric G. Bruggink
                                          ERIC G. BRUGGINK
                                          Senior Judge