## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on October 5, 2017)

| | |
|---|---|
| BOTTOM LINE, INC., | ) |
| Plaintiff, | ) Case No. 15-445 L |
| v. | ) Hon. Eric G. Bruggink |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

To the Clerk of Court:

    In accordance with RCFC 83.1(c)(4)(B), please enter the appearance of Krystalyn Kinsel as attorney of record for Defendant, the United States of America, in the above-captioned case. Ms. Kinsel is replacing William J. Shapiro as attorney of record for the United States.

    Service of all papers by U.S. Mail should be addressed as follows:

> Krystalyn Kinsel
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> (202) 305-0484 (telephone)
> (202) 305-0506 (facsimile)
> krystalyn.kinsel@usdoj.gov

Overnight and hand deliveries should be addressed to:

>Krystalyn Kinsel
>Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>601 D Street, NW, Room 3117
>Washington, D.C. 20004

Dated:   October 5, 2017.

>Respectfully submitted,
>
>JEFFREY H. WOOD
>Acting Assistant Attorney General
>Environment & Natural Resources Division
>
>*/s/ Krystalyn Kinsel*
>KRYSTALYN KINSEL
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>601 D Street, NW, Room 3117
>Washington, D.C. 20004
>(202) 305-0484 (telephone)
>(202) 305-0506 (facsimile)
>krystalyn.kinsel@usdoj.gov
>
>*Attorneys for the United States of America*