# In the United States Court of Federal Claims

No. 15-445L
(Filed: January 9, 2018)

* * * * * * * * * * * * * * * * * * *

BOTTOM LINE, INC.,

     *Plaintiff,*

v.

THE UNITED STATES,

     *Defendant.*

* * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the representations made in the Joint Preliminary Status Report and those made during the status conference held on January 9, 2018, the following schedule is set:

1. The parties shall produce documents pursuant to RCFC 26(a)(1)(A)(ii) on or before February 28, 2018.

2. The parties shall complete all fact discovery on liability on or before October 15, 2018.

3. Plaintiff shall provide to defendant its export reports on liability on or before November 15, 2018.

4. Defendant shall provide to plaintiff its export reports on liability on or before December 17, 2018.

5. The parties shall exchange rebuttal expert reports on or before January 31, 2019.

6. The parties shall complete all expert discovery on liability on or before April 1, 2019.

7. The parties shall submit a joint status report on or before April 15, 2019.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge