# UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on September 25, 2018)

| | |
|---|---|
| BOTTOM LINE, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　Defendant. | Civ. No. 15-445 L<br><br>Hon. Eric G. Bruggink |

## **NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of <u>  Carter F. Thurman  </u>, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

>Carter F. Thurman
>Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, DC 20044-7611

Overnight and hand deliveries should be address as follows:

>Carter F. Thurman
>Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>601 D Street NW, Room 3530
>Washington, DC 20004

1

Respectfully submitted, September 25, 2018,

        JEFFREY H. WOOD

        Acting Assistant Attorney General

        By  */s/ Carter F. Thurman*

        CARTER F. THURMAN
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 305-0444
        Facsimile: (202) 305-0506
        Carter.Thurman@usdoj.gov