## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed on January 11, 2019)

| | |
|---|---|
| BOTTOM LINE, INC., | ) ) ) |
| Plaintiff, | ) ) Case No. 15-445 L |
| v. | ) ) Hon. Eric G. Bruggink |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

### JOINT STATUS REPORT

Pursuant to the Court's Order of October 17, 2018 (ECF No. 48), the parties submit this joint status report regarding their progress towards settlement. The parties report that they have made progress towards settlement. The parties continue to believe that it may be possible to resolve this case by settlement, and that they are more likely to reach an agreement if the Court continues the stay of the proceeding to allow for a dedicated period of settlement discussions.

Based on the progress of the parties' settlement efforts, the parties propose that the stay of the proceeding continues. The parties propose to file a further joint status report on the progress of their settlement efforts by March 15, 2019.

Respectfully submitted this 11th day of January 2019,

Respectfully submitted,

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| By  */s/ Brandon K. Moffitt*<br>BRANDON K. MOFFITT<br>Moffitt & Phillips, PLLC<br>204 Executive Ct., Suite 100<br>Little Rock, Arkansas 72205<br>Telephone: 501.255.7406<br>Facsimile: 866.460.5744<br>Bmoffitt@moffittandphillips.com | By  */s/ Carter F. Thurman*<br>CARTER F. THURMAN<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 305-0444<br>Facsimile: (202) 305-0506<br>Carter.Thurman@usdoj.gov |
| ATTORNEYS FOR PLAINTIFF | WILLIAM J. SHAPIRO<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814<br>Telephone: 916-930-2207<br>Facsimile: 916-930-2210<br>Email:  William.Shapiro@usdoj.gov<br><br>ATTORNEYS FOR THE UNITED STATES |