# In the United States Court of Federal Claims

No. 15-445L
(Filed: January 16, 2019)

* * * * * * * * * * * * * * * * * * *

BOTTOM LINE, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the representations made in the joint status report of January 11, 2019, the stay in this case will continue. The parties are directed to file another joint status report on or before March 15, 2019.

                                                  s/ Eric G. Bruggink
                                                  ERIC G. BRUGGINK
                                                  Senior Judge