## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically Filed June 6, 2019)

| | |
|---|---|
| BOTTOM LINE, INC., | ) |
| Plaintiff, | ) Case No. 15-445 L |
| v. | ) Hon. Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

In accordance with 83.1(c) of the Rules of the Court of Federal Claims, please enter the appearance of Christopher M. Chellis as attorney of record for defendant the United States in the above-captioned case.

Service upon the United States of all papers other than those filed through the Court's ECF system should be addressed to Mr. Chellis as follows:

> Christopher M. Chellis
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel:  (202) 305-0245
> Fax: (202) 305-0506
> E-mail:  christopher.chellis@usdoj.gov

Overnight and hand deliveries should be addressed as follows:

> Christopher M. Chellis
> Trial Attorney
> United States Department of Justice

1

    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street NW
    Patrick Henry Building
    Room 3818
    Washington, D.C. 20004

Respectfully submitted on June 6, 2019.

                              JEAN E. WILLIAMS
                              Deputy Assistant Attorney General
                              Environment and Natural Resources Division

                              *s/ Christopher M. Chellis*
                              CHRISTOPHER M. CHELLIS
                              Trial Attorney
                              U.S. Department of Justice
                              Environment and Natural Resources Division
                              Natural Resources Section
                              P.O. Box 7611
                              Washington, D.C. 20044-7611
                              Tel:  (202) 305-0245
                              Fax: (202) 305-0506
                              E-mail:  christopher.chellis@usdoj.gov

                              *Counsel for the United States*