**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(Electronically Filed September 19, 2019)

| | |
|---|---|
| BOTTOM LINE, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 15-445 L |
| ) | |
| v. ) | Hon. Eric G. Bruggink |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's July 2, 2019, order (ECF No. 55), the parties submit this joint status report. While the parties are aware of the procedural posture of this case, they believe that an effort to get down to the brass tacks of settlement possibilities over the following month would benefit both parties.

Because the parties continue to make progress in this case, they request that the stay of this case be continued and that the parties be ordered to file a further joint status report by no later than Monday, October 21, 2019. During this time, the parties plan to revisit settlement discussion.

Respectfully submitted this 19th day of September, 2019,

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | LAWRENCE VANDYKE<br>Deputy Assistant Attorney General |
| By  */s/ Brandon K. Moffitt*<br>BRANDON K. MOFFITT<br>Moffitt & Phillips, PLLC<br>204 Executive Ct., Suite 100<br>Little Rock, Arkansas 72205<br>Telephone: 501-255-7406<br>Facsimile: 866.460.5744<br>bmoffitt@moffittandphillips.com<br><br>*Counsel for Plaintiff* | Environment & Natural Resources Division<br><br>By  */s/ Christopher M. Chellis*<br>CHRISTOPHER M. CHELLIS<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone:  202-305-0245<br>Facsimile:  202-305-0506<br>E-mail: christopher.chellis@usdoj.gov<br><br>WILLIAM J. SHAPIRO<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814<br>Telephone: 916-930-2207<br>Facsimile: 916-930-2210<br>Email:  william.shapiro@usdoj.gov<br><br>*Counsel for the United States* |