# In the United States Court of Federal Claims

No. 15-445L
(Filed: October 1, 2019)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BOTTOM LINE, INC.,

       *Plaintiff,*

v.

THE UNITED STATES,

       *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Pursuant to the representations made in the joint status report of September 19, 2019, the stay in this case will continue.  The parties are directed to file another joint status report on or before November 1, 2019.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge