**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

(Electronically Filed November 26, 2019)

|  |  |  |
|---|---|---|
| BOTTOM LINE, INC., | ) | |
| Plaintiff, | ) | Case No. 15-445 L |
| v. | ) | Hon. Eric G. Bruggink |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's November 22, 2019, Order (ECF No. 59), the parties submit this joint status report. As discussed during the November 15, 2019, status conference, the parties continue to explore settlement while working through the complex liability issues this case presents. With respect to the former, the United States expects to hear from its appraiser within the next few weeks, after which the parties will reconvene to further explore settlement based in part on the appraiser's findings.

Accounting for the upcoming holidays, the parties request that the stay of this case be continued and that the parties be ordered to file a further joint status report by no later than Friday, January 31, 2020. During this time, the parties plan to revisit settlement discussion and continue the supplementary work addressing liability issues.

Dated: November 26, 2019

Respectfully submitted,

MOFFIT & PHILLIPS, PLLC

*/s/ Brandon K. Moffitt*
BRANDON K. MOFFITT
Moffitt & Phillips, PLLC
204 Executive Ct., Suite 100
Little Rock, Arkansas 72205
Telephone: 501-255-7406
Facsimile: 866.460.5744
bmoffitt@moffittandphillips.com

*Counsel for Plaintiff*

JEAN WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Christopher M. Chellis*
CHRISTOPHER M. CHELLIS
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
christopher.chellis@usdoj.gov

*Counsel for the United States*