# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically Filed June 15, 2020)

|  |  |  |
|---|---|---|
| BOTTOM LINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-445 L |
| | ) | |
| v. | ) | Hon. Eric G. Bruggink |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's May 1, 2020, Order (ECF No. 67), the parties submit this joint status report. The parties requested that the stay of this case be continued through June 15 in their most recent status report (ECF No. 68), filed on June 1. As noted in the June 1 report, the parties are nearing the end of the negotiating process. Presently engaged in a final round of negotiations, the parties believe that they could benefit from an additional two weeks of discussion.

The parties request that the stay of this case be continued and that the parties be ordered to file a further joint status report no later than Monday, June 29, 2020. During this time, the parties intend to negotiate a potential resolution while continuing supplementary work addressing liability issues.

Dated: June 15, 2020

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | PRERAK SHAH |
| | Acting Deputy Assistant Attorney General |
| */s/ Brandon K. Moffitt* | Environment & Natural Resources Division |

BRANDON K. MOFFITT
Moffitt & Phillips, PLLC
204 Executive Ct., Suite 100
Little Rock, Arkansas 72205
Telephone: 501-255-7406
Facsimile: 866.460.5744
bmoffitt@moffittandphillips.com

*Counsel for Plaintiff*

By /s/ *Christopher M. Chellis*
CHRISTOPHER M. CHELLIS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
christopher.chellis@usdoj.gov

*Counsel for the United States*