# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically Filed July 13, 2020)

| | |
|---|---|
| BOTTOM LINE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 15-445 L <br><br> Hon. Eric G. Bruggink |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

In the parties' June 29, 2020, Joint Status Report, ECF No. 70, the parties noted that they had not reached an agreement in the above-numbered case and intended to continue exploring the potential for settlement while discussing a proposal for further proceedings. The parties also requested that the stay of the case be continued and the parties be ordered to file a joint status report and proposal for further proceedings no later than July 13, 2020. The parties now report that while they intend to continue to explore settlement, they propose the following discovery schedule:

1. The parties shall complete all fact discovery on liability on or before November 6, 2020;

2. Plaintiff shall provide to the United States its expert reports on liability on or before January 8, 2021;

3. The United States shall provide to Plaintiff its expert reports on liability on or before February 5, 2021;

4. The parties shall complete expert discovery on or before March 26, 2021;

5. The parties shall file a joint status report and proposal for further proceedings by April 9, 2021.

The foregoing Joint Proposed Schedule for Further Proceedings has been jointly prepared by the parties and filed by the United States.

Dated: July 13, 2020

Respectfully submitted,

| | |
|---|---|
| MOFFIT & PHILLIPS, PLLC | PAUL SALAMANCA<br>Attorney |
| */s/ Brandon K. Moffitt* | Environment & Natural Resources Division |
| BRANDON K. MOFFITT | |
| Moffitt & Phillips, PLLC | /s/ Christopher M. Chellis |
| 204 Executive Ct., Suite 100 | CHRISTOPHER M. CHELLIS |
| Little Rock, Arkansas 72205 | Trial Attorney |
| Telephone: 501-255-7406 | United States Department of Justice |
| Facsimile: 866.460.5744 | Environment & Natural Resources Division |
| bmoffitt@moffittandphillips.com | Natural Resources Section |
| | P.O. Box 7611 |
| *Counsel for Plaintiff* | Washington, D.C. 20044-7611 |
| | Tel: (202) 305-0245 |
| | Fax: (202) 305-0506 |
| | christopher.chellis@usdoj.gov |
| | |
| | *Counsel for the United States* |