# In the United States Court of Federal Claims

No. 15-445L
(Filed: October 19, 2020)

* * * * * * * * * * * * * * * * * *

BOTTOM LINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, the joint motion to amend the schedule, filed on October 15, 2020, is granted. Accordingly, the schedule is now as follows:

1. The parties shall complete all fact discovery on liability on or before December 31, 2020;

2. Plaintiff shall provide to the United States its expert reports on liability on or before March 4, 2021;

3. The United States shall provide to Plaintiff its expert reports on liability on or before April 1, 2021;

4. 4. The parties shall complete expert discovery on or before May 20, 2021;

5. 5. The parties shall file a joint status report and proposal for further proceedings by June 3, 2021.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge