# In the United States Court of Federal Claims

No. 15-445L
(Filed: May 3, 2021)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BOTTOM LINE, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending is the parties' joint motion to amend the schedule. For good cause shown, this motion is granted. We adopt the parties' proposed schedule. The schedule is amended as follows:

1. The parties shall complete fact discovery on liability on or before July 30, 2021.

2. Plaintiff shall submit its expert reports on liability on or before October 1, 2021.

3. The government shall submit its expert reports on liability on or before November 5, 2021.

4. The parties shall complete expert discovery on or before December 17, 2021.

5. The parties shall file a joint status report proposing further proceedings by January 3, 2022.

                                                s/ Eric G. Bruggink
                                                ERIC G. BRUGGINK
                                                Senior Judge