# In the United States Court of Federal Claims

No. 15-445L
(Filed: August 3, 2021)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BOTTOM LINE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For good cause shown, the joint motion to amend the schedule, filed on July 27, 2021, is granted. Accordingly, the schedule is now as follows:

1. The parties shall complete all fact discovery on liability on or before October 1, 2021;

2. Plaintiff shall provide to the United States its expert reports on liability on or before December 3, 2021;

3. The United States shall provide to Plaintiff its expert reports on liability on or before January 7, 2022;

4. The parties shall complete expert discovery on or before February 18, 2022;

5. The parties shall file a joint status report and proposal for further proceedings by March 11, 2022.

s/ Eric G. Bruggink<br>
ERIC G. BRUGGINK<br>
Senior Judge