# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BOTTOM LINE, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs. ) <br> ) <br> THE UNITED STATES OF AMERICA ) <br> ) <br> DEFENDANT ) | CASE NO. <u>1:15-cv-00445-EGB</u> |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties, by their undersigned counsel, hereby stipulate and agree that the entire action shall be dismissed <u>with</u> prejudice. The dismissal shall be effective upon the filing of this joint stipulation.

Each party to this action shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

/s/ Brandon Moffitt
Brandon K. Moffitt
Moffitt & Phillips, PLLC
1501 N. University Ave., Ste. 465
Little Rock, AR 72207
501.436.8667 telephone/fax
bmoffitt@moffittandphillips.com

*Attorney for the Plaintiff*

Dated: <u>November 2, 2023</u>

/s/ Christopher M. Chellis
Christopher M. Chellis
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
christopher.chellis@usdoj.gov

*Attorney for the Defendant*